IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANELLE JACOBSON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

18-cv-798-wmc

Pursuant to a stipulation for remand (dkt. #13) filed by the parties on March 15, 2019, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 15th day of March, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge